■ In the Matter of ROOSEVELT J. and Another, Children Alleged to be Neglected. COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK et al., Respondents; LENORE GITTIS, as Law Guardian, Appellant.—In consolidated neglect proceedings (one proceeding as to each child) pursuant to Family Court Act article 10, the Law Guardian, on behalf of the two children, appeals from an order of the Family Court, Kings County (Deutsch, J.), dated March 24, 1988, which, after a fact-finding hearing, dismissed the petitions against the respondent mother and directed that suitable housing be arranged by the petitioner for the respondent mother and her children.

Ordered that the order is affirmed, without costs or disbursements.

On the record before us, we find an insufficient basis to overturn the Family Court's determination that the two children were not neglected within the meaning of Family Court Act § 1012 (f). While the children's physical condition was in "imminent danger of becoming impaired" due to the unhealthy conditions present in their mother's apartment, the petitioner failed to prove by a preponderance of the credible evidence that those conditions were the result of any failure on the part of the mother (Family Ct Act § 1012 [f] [i]; § 1046 [b] [i]). Furthermore, because the court directed the petitioner to find suitable housing for the mother and her children and to ensure that the children are not returned to the unhealthy apartment, we are convinced that the disposition made was in the best interests of the children. Mollen, P. J., Lawrence, Weinstein and Balletta, JJ., concur.

■ In the Matter of MARK RODBERG et al., Appellants, v DEPARTMENT OF ENVIRONMENTAL CONSERVATION et al., Respondents.—In a proceeding pursuant to CPLR article 78, *inter alia,* to prohibit the Department of Environmental Conservation from promulgating a freshwater wetlands map for Richmond County different from the 1981 freshwater wetlands map, the petitioners appeal from a judgment of the Supreme Court, Richmond County (Amann, J.), dated July 29, 1986, which dismissed the proceeding.

Ordered that the judgment is affirmed, with costs *(see, Matter of Bisignano v Department of Envtl. Conservation,* 141 AD2d 818 [decided herewith]). Mangano, J. P., Bracken, Brown and Kunzeman, JJ., concur. *[See,* 132 Misc 2d 850.]